IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| K.W. (JUNIOR), ET AL. | : | CASE NO. 5:21-CV-2423 |
| PLAINTIFFS | : | JUDGE JOHN ADAMS |
| VS. | : | MAGISTRATE JUDGE |
| | : | CARMEN E. HENDERSON |
| CANTON CITY SCHOOL DISTRICT, ET AL. | : | |
| DEFENDANTS | : | |

**PLAINTIFFS' MOTION FOR CONTINUANCE OF CMC**

Now come Plaintiffs, by and through the undersigned counsel, and moves this Court for a brief continuance of the CMC (currently scheduled for April 4th, 2022, at 11:00AM).

Plaintiffs' counsel will be out of the country in Edenborough, Scotland from April 3rd, 2022, through April 8th, 2022. This trip has been planned for over a year and tickets have been purchased. Plaintiffs' counsel is uncertain as to any reliable telephonic connection overseas.

Plaintiffs have conferred with Defense counsel. At least one other counsel has a conflict for the date of April 4th, 2022. The parties have agreed to present the Court with the following proposed dates for continuance:

April 12th, April 13th (open availability) or April 19th (after 12:30PM)

1

Respectfully submitted,

**EDWARD L. GILBERT CO., LPA**

/s/ Edward L. Gilbert
Edward L. Gilbert (0014544)
Attorney for Plaintiffs
One Cascade Plaza, Suite 825
Akron, Ohio 44308
Telephone (330) 376-8857
Fax (330) 376-8855
egilbert@edwardlgilbert.com

## CERTIFICATE OF SERVICE

This will certify that the foregoing was filed electronically on March 8th, 2022, using the Court's electronic filing system, which will serve notice of the filing on all counsel of record by electronic mail.

/s/ Edward L. Gilbert
Edward L. Gilbert
Attorney for Plaintiffs