==It is So Ordered.  This matter is hereby dismissed with prejudice.==
==*/s/ John R. Adams*==
==U.S. District Judge==
==June 26, 2023==

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Khalil Walker, et al. | ) | CASE NO.: 5:21-CV-02423 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CARMEN E. |
| | ) | HENDERSON |
| CANTON CITY SCHOOL DISTRICT, et al. | ) ) ) | |
| Defendants. | | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all Plaintiffs, ("Plaintiffs"), and all Defendants, (Plaintiff and Defendant collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims in its entirety with prejudice.  The Parties further agree this case is settled and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary.

{04134554 -2}